IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01758-WYD-CBS

REGIONAL AIRLINE MANAGEMENT SYSTEMS, INC.,
a Colorado corporation,

      Plaintiff,

v.

AIRPORTS USA, INC.,
a Florida corporation,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      Per the court's comments from the bench during the hearing held on December 19, 2006 (*doc. no. 24)*, Defendant's Motion to Vacate Scheduled Dates and to Stay Discovery (*doc. no. 20)* is **GRANTED**.

**DATED:**      February 2, 2007