IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01758-WYD-CBS

REGIONAL AIRLINE MANAGEMENT SYSTEMS, INC., a Colorado corporation,

    Plaintiff(s),

v.

AIRPORTS USA, INC., a Florida corporation,

    Defendant(s).

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [# 10], filed October 16, 2006.  The motion was referred to Magistrate Judge Craig B. Shaffer for a recommendation by Order of Reference dated February 12, 2007.  Magistrate Judge Shaffer issued a Recommendation on March 19, 2007, that the above referenced motion be granted.  (Recommendation at 12.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 12-14.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . .

[judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Shaffer is sound and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(a).  I agree that the above referenced motion to dismiss should be granted.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Shaffer [# 33] dated March 19, 2007, is **AFFIRMED** and **ADOPTED**.  In accordance therewith, it is

FURTHER ORDERED that the Defendant's Motion to Dismiss For Lack of Personal Jurisdiction [# 10] is **GRANTED** and this civil action is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Plaintiff's Motion for Jurisdictional Discovery [# 25] is **DENIED**.

Dated:  April 4, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                        U. S. District Judge